UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-cv-00207-LEW |
| | ) | |
| MARTIN O'MALLEY, COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION

On June 5, 2024, United States Magistrate Judge Karen F. Wolf filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on June 20, 2024, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 20) of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Commissioner's final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 10th day of July, 2024.

/s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE